No. 80–6215. WILLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6218. FELICIANO *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 80–6220. CIMINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6221. FRANCIS *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 80–6230. KELLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6238. HAYMES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–6251. DE VINCENT *v.* PUTNAM, WARDEN. C. A. 9th Cir. Certiorari denied.